■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v KEITH FORSTMAN, Defendant. [18 NYS3d 559]—Application by the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the County Court, Suffolk County, rendered May 26, 1993.

Ordered that the application is denied.

The defendant has not established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Leventhal, J.P., Cohen, Duffy and LaSalle, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDGARDO GONZALEZ, Appellant. [18 NYS3d 556]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 24, 1992 (*People v Gonzalez*, 180 AD2d 816 [1992]), affirming a judgment of the Supreme Court, Kings County, rendered July 9, 1984, and an order of the same court entered October 18, 1988.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Leventhal, J.P., Cohen, Duffy and LaSalle, JJ., concur.